UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:06-cv-00511

| | |
|---|---|
| ERIC DONALD EMERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| FEDEX GROUND PACKAGE SYSTEM, INC., IVAN ATANASOV NALBANATOV, and KALOYAN IVANOV VANGELOV, | ) |
| | ) |
| Defendants. | ) |

THIS MATTER is before the Court upon Defendant FedEx Ground Package System, Inc.'s Motion to Intervene (document 8), and it appearing to the Court that the Plaintiff does not object to the motion and that the motion should be allowed;

It is, therefore, ORDERED that Defendant FedEx Ground Package System, Inc.'s Motion to Intervene is hereby granted. Defendant FedEx Ground Package System, Inc. shall have ten (10) days from the date of this Order in which to file the Intervener Answer.

**SO ORDERED**.

Signed: April 20, 2007

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge

SBH:296100.