# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:06-CV-00511-FDW

| | |
|---|---|
| ERIC DONALD EMERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FEDEX GROUND PACKAGE SYSTEM, ) | |
| INC., IVAN ATANASOV ) | |
| NALBANATOV, AND KALOYAN ) | |
| IVANOV VANGELOV, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER comes before the Court upon receipt of a report of mediation, advising the Court that the parties have settled all matters in controversy (Doc. No. 20). Therefore this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. The parties are directed to file their Stipulation of Dismissal on or before November 12, 2007.

IT IS SO ORDERED.                Signed: September 27, 2007

Frank D. Whitney
United States District Judge